RECEIVED

DEC 27 2018

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

DMAP Pro Se: EEOO Complaint

## United States District Court

Click here to enter text.

Wanda L. McKinney

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

North Panola School District

**Case No.** 3:18CV281-NBB-DAS
(To be filled out by Clerk's
Office only)

Jury Demand?
☑ Yes
☐ No

_(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the
space provided, please write "see attached" in the space
above and attach an additional sheet of paper with the full list
of names. The names listed in the above caption must be
identical to those contained in Section I. Do not include
addresses here.)_

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should _not_
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include _only_: the last
four digits of a social security number; the year of an individual's birth; a minor's initials; and
the last four digits of a financial account number.

## I.    PARTIES

**Plaintiff**

*List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: __McKinney, Wanda L.__
Name (Last, First, MI)

__4923 Barnacre Rd__
Street Address

__Panola, Sardis MS        38666__
County, City                    State              Zip Code

__662-267-1116    wandamckinney25@gmail.com__
Telephone Number          E-mail Address (if available)

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant resides or does business. Make sure that the defendant(s) listed below are identical to those contained in the caption. Attach additional sheets of paper as necessary.*

**Defendant 1:** __North Panola School District__
Name (Last, First)

__470 Highway 51 North__
Street Address

__Panola        Sardis        38666__
County, City          State          Zip Code

Nature of business: __North Panola School District__

**Defendant 2:** _____
Name (Last, First)

_____
Street Address

_____
County, City          State          Zip Code

Nature of business: _____

## II.   CAUSE OF ACTION

*Check only the options below that apply in your case.*

This employment discrimination lawsuit is brought under:

☑ **Title VII of the Civil Rights Act of 1964,** as amended, 42 U.S.C. §§ 2000e, et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin.

☐ **Age Discrimination in Employment Act of 1967,** as amended, 29 U.S.C. §§ 621, *et seq.,* for employment discrimination on the basis of age. My year of birth is: _____.

☐ **Rehabilitation Act of 1973,** as amended, 29 U.S.C. §§ 701, *et seq.,* for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

☑ **Americans with Disabilities Act of 1990,** as amended, 42 U.S.C. §§ 12101, *et seq.,* for employment discrimination on the basis of a disability.

☐ Click here to enter text.

This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## III.   STATEMENT OF CLAIM

The conduct complained of in this lawsuit involves *(check only those that apply):*

| CLAIM | DATE(S) OF OCCURRENCE | PLACE OF OCCURRENCE |
|---|---|---|
| ☐ failure to hire me | | |
| ☐ termination of my employment | | |
| ☐ failure to promote me | | |
| ☑ failure to accommodate my disability | Aug. 2016 | North Panola H.S. |
| ☐ terms and conditions of my employment differ from those of similar employees | | |
| ☑ retaliation | Feb. 2017, Apr. 2017, June 2017 | North Panola H.S. |
| ☐ harassment | | |
| ☐ other (*specify below*): | | |

The conduct of Defendant(s) was discriminatory because it was based on (check only those that apply):

☐ race       ☐ religion       ☐ national origin       ☐ age (year of

☐ color       ☐ sex       ☑ disability       birth:_____

**Facts**

*State here briefly the specific facts that support your claim:* (See Affidavit + Additional sheet)

I have attached my Signed Affidavit dated May 22, 2018 which lists 20 facts that I want incorporated into my Complaint/Lawsuit that provides detailed information. I was hired on April 1, 1998 as a high school guidance counselor. I informed management about my disability. (See Addition Sheet;

## IV. ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal or state agency?

☑ Yes *(You must attach a copy of the charge to this complaint.)*

☐ No

Have you received a Notice of Right to Sue from the EEOC?

☑ Yes *(You must attach a copy of the Notice of the Right to Sue.)*

☐ No

## V. RELIEF

The relief I want the court to order is (*check only those that apply*):

☐      Direct the defendant to hire the plaintiff

☐      Direct the defendant to re-employ the plaintiff

☐      Direct the defendant to promote the plaintiff.

☐      Direct the defendant to reasonably accommodate the plaintiff's religion

☑      Direct the defendant to reasonably accommodate the plaintiff's disabilities

☑      Direct the defendant to (*specify*):

Pay plaintiff compensatory damages of $360,000.00 for Emotional Distress.

## VI.    CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

_12 - 27 - 2018_
Dated

_Wanda McKinney_
Plaintiff's Signature

_Wanda L. McKinney_
Printed Name (Last, First, MI)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**ADDITIONAL SHEET**

**(STATE BRIEFLY THE SPECIFIC FACTS THAT SUPPORT YOUR CLAIM**

**CONTINUED)**

In 2001, I received ADA computer software and assistive technology. In August 2018, I requested an updated version of the ADA computer software and a new computer, because the 2001 software and my computer were not operating correctly. I complained to Braxton Stowe Principal about not receiving my accommodation. In February 2017 and April 2017, I received write ups for Performance. In April 2017, I received a poor performance evaluation from Mr. Stowe and placed on a Performance Improvement Plan (PIP). On June 1, 2017, I was told by Cedric Richardson Superintendent that I was being transferred to Crenshaw Elementary School; I complained about the transfer and being denied accommodation for 10 months.

I believe I have been discriminated against because of my disability and was retaliated against for my complaints, in violation of the American with Disability Act Amendment Act. (ADAAA)